# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

MEMO ENDORSED 5/10/22

OK

[signature: Colleen McMahon]

May 10, 2022

**By ECF & Email**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Somphop Singhasiri
    22 Cr. 256 (CM)

Dear Judge McMahon:

I represent Mr. Singhasiri in the above-named matter. Mr. Singhasiri is scheduled to be arraigned on the instant Indictment on Wednesday May 11, 2022 at 10:30 a.m. This letter is respectfully submitted to request that my associate, Rachel Perillo, be permitted to appear in my place at the arraignment because I will be engaged in trial in the matter of *United States v. Mirsad Kandic*, 17 Cr. 449 (NGG) before Hon. Nicholas Garaufis in the Eastern District of New York.

Ms. Perillo is a 2014 New York Law School graduate and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern District of New York. Mr. Singhasiri has no objection to Ms. Perillo standing in for me under these circumstances. If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
David Stern

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/22