Somphop Singhasiri
Essex County Jail
354 Doremus Avenue
Newark, NJ 07105

February 7, 2024

Honorable Sarah L. Cave
500 Pearl Street
New York, NY 10007

Re: Ineffective Assistance of Counsel

Case no.: 22 Mag. 590

Dear Judge Sarah L. Cave,

This is a letter to fire my attorneys, David Stern and Sarbina Shroff, for the following reasons:

1. They are dishonest and lies repeatedly to me;
2. I do not trust them and they do not keep me updated;
3. They do everything behind my back; and
4. They are working for the Government and not for me.

Please assign me a competent and honest attorney that is willing to work for me and my interests.

Respectfully Submitted,

Somphop Singhasiri