Somphop Singhasiri
Essex County Jail
354 Doremus Avenue
Newark, NJ 07105

March 21, 2024

Honorable Sarah L. Cave
500 Pearl Street
New York, NY 10007

Case #: 22-MAG-590

Dear Judge Cave,

    I could not have been assigned to a better Judge than you. I would like you to know that I am very involved in helping people understand the Thailand culture as well as promoting martial arts, Muaythai, through television. I use these proceeds to help poor people in Thailand by donating food, education, shelter, hospital needs, and sporting. I am bringing this to your attention so that you have some insight as to my character and the person who I am. I look forward to meeting you in Thailand. You have a good day Your Honor.

Respectfully Submitted,

(Somphop Singhasiri)