Somphop Singhasiri  
Essex County Jail  
354 Doremus Avenue  
Newark, NJ 07105

March 22, 2024

Honorable Sarah L. Cave  
500 Pearl Street  
New York, NY 10007

Case #: 22-MAG-590

Dear Judge Cave,

     For more than 20 years, I have been promoting good health, good food, and good places to vacation in Thailand by promoting these services through an array of channels such as television, magazines, social media to name a few. I use these proceeds for charitable purposes as there is a great need in Thailand. I firmly believe it has been my calling to help the needy and it is my goal to further my services in my own country as some are blessed in better ways than others. I would like for you to take into consideration these attributes when you sentence me in July. In order to meet this July deadline, I hope that I am able to plea guilty in front of Your Honor as soon as you are able to get to me.

                                                          Respectfully Submitted,

                                                          Somphop Singhasiri