**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
ell@evanliptonlaw.com
**(917) 924-9800**

March 25, 2025

<u>By ECF</u>
Hon. Judge Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Takeshi Ebisawa, et al*
22-CR-00256 (CM)

Dear Judge McMahon:

I write on behalf of Takeshi Ebisawa to respectfully request that the sentencing hearing, presently scheduled for April 9, 2025, be adjourned to a date during the first two weeks of June 2025 (except for June 6, when the parties are unavailable). The Government consents to this application which is necessary to allow sufficient time to gather materials and information relevant to the Court's determination of an appropriate sentence. *See* 18 USC § 3553.

Respectfully yours,

Evan L. Lipton
Florian Meidel
*Attorneys for Takeshi Ebisawa*