UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SOMPHOP SINGHASIRI,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. 22 Cr. 256 (CM)

Upon the application of the United States of America, by Kaylan Elizabeth Lasky, Alexander Nuo Li, and Kevin Sullivan, Assistant United States Attorneys, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Somphop Singhasiri (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.     The defendant is not a citizen or national of the United States.

2.     The defendant is a citizen and national of Thailand.

3.     On or about April 5, 2022, the defendant was admitted to the United States as a nonimmigrant temporary visitor for pleasure with authorization to remain in the United States for a temporary period not to exceed October 4, 2022.

4.     The defendant remained in the United States beyond October 4, 2022, without authorization from the Immigration and Naturalization Service or its successor, the United States Department of Homeland Security.

5.     At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of

conspiring to import (i) 50 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and (ii) 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code ("U.S.C."), Sections 960(b)(2)(A), 960(b)(2)(H), 963.

6. A total maximum sentence of forty years' imprisonment may be imposed for the above-mentioned offense.

7. The defendant is, and at time of sentencing will be, subject to removal from the United States pursuant to: (1) Section 237(a)(1)(B) of the Immigration and Nationality Act of 1952, as amended, (the "Act"), 8 U.S.C. § 1227(a)(1)(B), as an alien who, after admission as a nonimmigrant under Section 101(a)(15) of the Act, remained in the United States for a time longer than permitted, in violation of the Act or any other law of the United States; (2) Section 237(a)(2)(A)(i) of the Act, 8 U.S.C. § 1227(a)(2)(A)(i), as an alien convicted of a crime involving moral turpitude committed within five years after admission for which a sentence of one year or longer may be imposed; (3) Section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. § 1227(a)(2)(A)(iii), as an alien who, at any time after admission, has been convicted of an aggravated felony as defined in Section 101(a)(43)(B) of the Act, an offense relating to the illicit trafficking in a controlled substance, as described in section 102 of the Controlled Substances Act, including a drug trafficking crime, as defined in 18 U.S.C. § 924(c); (4) Section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. § 1227(a)(2)(A)(iii), as an alien who, at any time after admission, has been convicted of an aggravated felony as defined in section 101(a)(43)(U) of the Act, a law

relating to an attempt or conspiracy to commit an offense described in 101(a)(43) of the Act; and (5) Section 237(a)(2)(B)(i) of the Act, 8 U.S.C. § 1227(a)(2)(B)(i), as an alien who, at any time after admission, has been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. 802), other than a single offense involving possession for one's own use of 30 grams or less of marijuana.

8.    The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

9.    The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

10.    The defendant has designated Thailand as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Thailand.

Dated: 13 January, 2026
New York, New York
3:20 pm

HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT COURT JUDGE